No. 1340. CHICAGO & SOUTHERN AIR LINES, INC. *v.* WATERMAN STEAMSHIP CORP.; and

No. 1371. CIVIL AERONAUTICS BOARD *v.* WATERMAN STEAMSHIP CORP. June 16, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit are granted. *R. Emmett Kerrigan* for petitioner in No. 1340. *Acting Solicitor General Washington* for petitioner in No. 1371. *Bon Geaslin* for respondent. Reported below: 159 F. 2d 828.

No. 1383. MEMPHIS NATURAL GAS Co. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Mississippi granted. *Edward P. Russell* for petitioner.

No. 1295. POWNALL ET AL. *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Leo R. Friedman* and *Jos. I. McMullen* for petitioners. *Acting Solicitor General Washington* for the United States.

No. 1391. ALEXANDER WOOL COMBING Co. *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Edward C. Park* for petitioner. *Acting Solicitor General Washington* for the United States.

No. 1427. LICHTER ET AL., DOING BUSINESS AS SOUTHERN FIREPROOFING Co., *v.* UNITED STATES. June 16, 1947.